UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| KEVIN LARMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:11-cv-01204-RDB |
| ) | |
| U.S. BANK NATIONAL ) | |
| ASSOCIATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT SELECT PORTFOLIO SERVICING,
INC.'S DISCLOSURE OF CORPORATE AFFILIATES**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103.3, Defendant Select Portfolio Servicing, Inc. ("SPS"), hereby submits its Disclosure Statement as follows:

SPS is a Utah corporation and is a wholly owned subsidiary of SPS Holding Corp. Credit Suisse (USA) Inc., is the sole shareholder of SPS Holding Corp.

Respectfully submitted,

ECKERT SEAMANS CHERIN
& MELLOTT, LLC

By:     */s/ Daniel A. Glass*
Edward J. Longosz, II, Esq. (Fed. Bar No. 7509)
Daniel A. Glass, Esq. (Fed. Bar No. 28730)
1717 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
*elongosz@eckertseamans.com*
*dglass@eckertseamans.com*
Tel: (202) 659-6600

*Counsel for Defendants*

<u>Of Counsel:</u>

Dorothy A. Davis, Esq.
ECKERT SEAMANS CHERIN
  & MELLOTT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
*ddavis@eckertseamans.com*
Tel: (412) 566-5953

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Defendant Select Portfolio Servicing, Inc.'s Disclosure of Corporate Affiliates** was electronically filed and mailed, first-class, postage prepaid, this May 13, 2011, to:

> I. William Chase, Esq.
> CHASE, CHASE & HAMMERSCHLAG
> The Belvedere Towers
> 1190 W. Northern Parkway, Suite 124
> Baltimore, MD 21210

*/s/ Daniel A. Glass*
Daniel A. Glass